**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CASIPRIN GIBSON,                                                                                    PLAINTIFF
ADC #133292

v.                                         5:09-cv-00283-SWW-JTK

STEVEN WILLIAMS, et al.                                                                        DEFENDANTS

## ORDER

Defendants shall file a Response to Plaintiff's Motion for Order (Doc. No. 29) within 10 days of the date of this Order.

IT IS SO ORDERED this 14th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE