# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CASIPRIN GIBSON,
ADC #133292                                                                                            PLAINTIFF

v.                                        5:09-cv-00283-SWW-JTK

STEVEN WILLIAMS, et al.                                                                     DEFENDANTS

## ORDER

This matter is scheduled for a Pre-Jury Hearing on January 12, 2011 at 9:30 a.m., Courtroom #4B, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas.

The Arkansas Department of Correction (ADC) is hereby directed to ensure the Plaintiff's attendance at the hearing, together with a copy of Plaintiff's medical records and institutional file.

IT IS SO ORDERED this 4th day of January, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE