# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CASIPRIN GIBSON,
ADC #133292                                                                                    PLAINTIFF

v.                                     5:09-cv-00283-SWW-JTK

STEVEN WILLIAMS, et al.                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.  Plaintiff's allegations against Defendants Williams and Evans are DISMISSED.

2.  Sufficient evidence exists to present the allegations against Defendant Jones to a jury. Counsel will be appointed for Plaintiff by separate Order, and at that time, counsel will be provided the opportunity to move to amend Plaintiff's complaint, if appropriate. A trial date will be set by separate order following the appointment of counsel.

IT IS SO ORDERED this 2nd day of February, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE