# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CASIPRIN GIBSON,
ADC #133292                                                                                              PLAINTIFF

v.                                              5:09-cv-00283-SWW-JTK

STEVEN WILLIAMS, et al.                                                                       DEFENDANTS

## ORDER

The Court has determined that counsel shall be appointed to represent the plaintiff.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, William Griffin III, 400 West Capitol Avenue, Suite 2000, Little Rock, AR 72201-3522, 501-370-1515, is hereby appointed to represent Plaintiff Casiprin Gibson in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]   Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 24th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.

1