**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CASIPRIN GIBSON,
ADC #133292                                                                                                  PLAINTIFF

V.                                   5:09-cv-00283-SWW-JTK

STEVEN WILLIAMS, et al.                                                                         DEFENDANTS

## ORDER

Defendant Robert Pierce, through his attorney, has supplied his correct name (Doc. No. 67).

The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 13th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE