## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CASIPRIN GIBSON,
ADC #133292                                                      PLAINTIFF

v.                         5:09-cv-00283-SWW-JTK

STEVEN WILLIAMS, et al.                                          DEFENDANTS

### ORDER

This matter is before the Court on Plaintiff's Motion for Default Judgment against Defendant Steven Jones (Doc. No. 70).  Defendant Jones has not responded to the Motion.

By Order dated July 18, 2011, summons and service of Plaintiff's Amended Complaint was issued to Defendant Jones, and summons was returned, executed, on August 5, 2011 (Doc. Nos. 54, 61).  As of this date, Defendant Jones has not filed an Answer to Plaintiff's Amended Complaint.  Based on such, Plaintiff now asks for the entry of default against Defendant, pursuant to FED.R.CIV.P. 55.

According to FED.R.CIV.P. 55(a), entry of default is appropriate when a party fails to plead or otherwise defend, and that fact is made to appear by affidavit or otherwise.  In light of Plaintiff's Motion, the Court will direct the entry of default against Defendant Jones.  The Court will also direct Defendant Jones to file a Response to Plaintiff's request for the entry of a default judgment against him, within fifteen days of the date of this Order.   Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Default Judgment, which this Court construes as a Motion for the Entry of Default against Defendant Steven Jones (Doc. No. 70),  is hereby GRANTED.  The Clerk of the Court is hereby directed to enter the party's default.

IT IS FURTHER ORDERED that Defendant Jones shall respond to Plaintiff's Motion for Default Judgment against him, within fifteen days of the date of this Order.

The Clerk of the Court is hereby directed to forward a copy of this Order to Defendant Jones, Arkansas Department of Correction, Pine Bluff Unit, 890 Free Line Drive, Pine Bluff, AR 71603-1498.

1

IT IS SO ORDERED this 4th day of October, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE