### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CASIPRIN GIBSON,
ADC #133292                                                                                              PLAINTIFF

v.                                          5:09-cv-00283-SWW-JTK

STEVEN WILLIAMS, et al.                                                                    DEFENDANTS

### ORDER

Pursuant to the Court's November 28, 2011 Order (Doc. No. 83), Defendant Steven Jones has now filed his Answer to Plaintiff's Amended Complaint (Doc. No. 88). Therefore, the Entry of Default against Defendant Jones on October 4, 2011 (Doc. Nos. 74, 75) is hereby SET ASIDE.

IT IS SO ORDERED this 21st day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE