**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CASIPRIN GIBSON,
ADC #133292                                                                                 PLAINTIFF

v.                                           5:09-cv-00283-SWW-JTK

STEVEN WILLIAMS, et al.                                                        DEFENDANTS

## ORDER

Pursuant to the Court's November 28, 2011 Order (Doc. No. 83), Defendant Steven Jones has

now filed his Answer to Plaintiff's Amended Complaint (Doc. No. 88).  Therefore, the Entry of Default

against Defendant Jones on October 4, 2011 (Doc. Nos. 74, 75) is hereby SET ASIDE.

IT IS SO ORDERED this 21st day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE