**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CASIPRIN GIBSON                                                                                    PLAINTIFF

VS.                                      NO: 5:09-cv00283-SWW-JTK

STEVEN WILLIAMS, et al.                                                                      DEFENDANTS

## ORDER

Defendant Steven Jones has elected to proceed pro se and will be representing himself in this action. Defendant appeared at a Settlement Conference before the Court on March 21, 2012, at which time he requested that the Clerk file his home address under seal. He also asked that the Clerk's office refrain from providing Plaintiff with his home address, and authorized the Clerk's Office to receive, on his behalf, all pleadings and written discovery filed by Plaintiff. Finally, he agreed that the docket sheet in this case will reflect his service address as the "Clerk's Office," and that the Clerk's Office will forward to him all pleadings Plaintiff files in this case.

Therefore, Plaintiff Gibson must in the future mail to the Clerk's Office any pleadings or written discovery directed to Defendant Steven Jones. It shall be Defendant Jones' obligation: (1) to file a response to any of Plaintiff's pleadings and written discovery with the Clerk's Office directed to him; and (2) to mail a copy of his response directly to Plaintiff and Defendants at their respective addresses.

If Defendant Jones elects to make his mailing address known to the other Defendants or their counsel, it shall be *their obligation* to keep that information confidential and not to disclose that information to Plaintiff.

IT IS SO ORDERED this 26th day of March, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE