IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CASIPRIN GIBSON,                                                                           PLAINTIFF
ADC #133292

v.                                    5:09-CV-00283-SWW-JTK

STEVEN WILLIAMS, MARVIN EVANS,
STEVEN JONES and LT. R. PIERCE                                              DEFENDANTS

## STIPULATED ORDER OF DISMISSAL

Upon representation to the Court that this matter has been amicably resolved, it is this Court's finding that this case should be and is hereby dismissed.

IT IS SO ORDERED.

_____
HONORABLE SUSAN WEBBER WRIGHT

DATE: September 26, 2012

Approved and so stipulated:

_____
William M. Griffin III, Attorney for
Casiprin Gibson

_____
Christine A. Cryer, Attorney for
ADC Defendants